

No. 09–5003/AF.  U.S. v. Brandon T. Rose.  CCA 36508.  Appellant's motion to correct erratum is granted.

No. 12–0194/AR.  U.S. v. Evan Vela.  CCA 20080133.  Appellee's motion to extend time to file a brief granted, *but only up to and including April 25, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0433/AR.  U.S. v. James E. Mullins.  CCA 20090578.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 23, 2012.

No. 11–0511/AR.  U.S. v. Aaron P. Stone.  CCA 20090332.  Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

No. 12–0194/AR.  U.S. v. Evan Vela.  CCA 20080133.  Appellant's motion for leave to file an amended joint appendix is granted.